191 F.2d 921
 VEGA
v.
UNITED STATES et al.
 No. 47.
 Docket 22087.
 United States Court of Appeals Second Circuit.
 Argued October 11, 1951.
 Decided October 23, 1951.
 
 Golenbock & Komoroff, New York City, for George Vega, libellant-appellant.
 Myles J. Lane, U. S. Atty., New York City (Haight, Deming, Gardner, Poor & Havens, New York City, of counsel; James M. Estabrook, New York City, advocate), for United States of America, respondent-appellee-appellant.
 Before AUGUSTUS N. HAND, CHASE and WOODBURY, Circuit Judges.
 PER CURIAM.
 
 
 1
 The motion of the United States to strike the record is denied. Judicial Code, § 2107, 28 U.S.C. § 2107. This provision of the Code, enacted in 1948, supersedes Rule 13(a) (2) of the Rules of this Court and makes unnecessary the allowance of an appeal in a suit in admiralty.
 
 
 2
 Decree affirmed on Judge Bondy's opinion, 86 F.Supp. 293.